**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARK A. BUTLER                                                                 PLAINTIFF

v.                                        3:14CV00192-BSM-JTK

CRAIGHEAD COUNTY DETENTION CENTER, et al.                       DEFENDANTS

**ORDER**

  Plaintiff Butler is an inmate who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. §

1983, but did not submit the $400.00 filing fee or an in forma pauperis (IFP) Motion.

  Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil

action in forma pauperis still must pay the full statutory filing fee of $350.[1] 28 U.S.C. § 1915(b)(1).

The only question is whether a prisoner will pay the entire filing fee at the initiation of the

proceeding or in installments over a period of time.  Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir.

1998).  Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed

to proceed with his § 1983 claims and the filing fee will be collected by the Court in installments

from the prisoner's inmate trust account.  28 U.S.C. § 1915(b)(4).  **If the prisoner's case is**

**subsequently dismissed for any reason, including a determination that it is frivolous, malicious,**

**fails to state a claim, or seeks monetary relief against a defendant who is immune from such**

**relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will**

**be refunded to the prisoner.**

  The PLRA requires a Plaintiff to submit a proper and complete Motion to Proceed In Forma

---

[1]

Effective May 1, 2013, the statutory filing fee for civil actions increased to $400, due to the
implementation of a $50 administrative fee.  This $50 fee does not, however, apply to in forma
pauperis actions.

Pauperis, along with calculation sheet prepared and signed by an authorized officer of the detention center.  Plaintiff Butler must submit, within thirty (30) days from entry of this Order, either: (1) the statutory filing fee of $400; or (2) a proper and complete IFP Motion, **with the required calculation sheet signed by an authorized official of the detention center at which he is confined**. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff must submit either the $400 statutory filing fee or an In Forma Pauperis Motion within thirty days of the entry date of this Order.[2]

The Clerk is directed to send to Plaintiff an In Forma Pauperis Motion, together with the filing fee calculation sheet.

IT IS SO ORDERED this 11th day of August, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[2]

The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."