# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARK ANDRE BUTLER                                           PLAINTIFF

v.                          CASE NO: 3:14CV00192 BSM

CRAIGHEAD COUNTY DETENTION CENTER, et al.          DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed.  No objections have been filed.  After careful consideration, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1       Plaintiff's amended complaint is dismissed without prejudice for failure to state a claim upon which relief could be granted.

2       Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA).

3       It is further certified that an *in forma pauperis* appeal taken from this order and the accompanying judgment is considered frivolous and not in good faith.

IT IS SO ORDERED this 20th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE