# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARK ANDRE BUTLER**                                           **PLAINTIFF**

**v.**                   **CASE NO: 3:14CV00192 BSM**

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**        **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered this day, this case is hereby dismissed without prejudice. The relief sought is denied. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the corresponding order would not be taken in good faith.

IT IS SO ORDERED this 20th day of October 2014.

                                                          UNITED STATES DISTRICT JUDGE